UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-4255

LOUIS ANTHONY MANNA,
                                                            Appellant

v.

WARDEN PAUL SCHULTZ

(D. NJ No. 09-cv-01185)

ORDER

On January 8, 2010, the Court issued a Not Precedential opinion in the above entitled case. When the Court issues an opinion, it is the usual practice to identify the opinion as either Not Precedential or Precedential in the upper right corner of the opinion. It appears that the opinion in this matter omitted the customary designation. In addition, Precedential opinions follow a specific format and style which are not applicable to Not Precedential opinions and are not present in this opinion.

The opinion for this case was entered on the Court's docket as a Not Precedential opinion and appeared on the Not Precedential opinion page of the Court's website.

It has come to the Clerk's attention that at least one legal publisher has erroneously recorded the opinion as a Precedential opinion. This order has been issued to serve notice that the opinion issued in this case is deemed Not Precedential and therefore is not binding authority. 3rd Cir. I.O.P. 5.7.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: December 9, 2011

PSD/cc:      Office of the U.S. Attorney New Jersey
                  Louis Anthony Manna